Commonwealth *v.* Bronzell, Appellant.

Ar-
gued December 14, 1967. *John Packel,* Assistant De-
fender, with him *Melvin Dildine,* Assistant Defender,
and *Herman I. Pollock,* Defender, for appellant; *Alan
J. Davis,* Assistant District Attorney, and *Arlen Spec-
ter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the
consideration or decision of this case.

Commonwealth *v.* Bronzell, Appellant.

Submitted De-
cember 11, 1967. *John Packel,* Assistant Defender,
with him *Melvin Dildine,* Assistant Defender, and *Her-
man I. Pollock,* Defender, for appellant; *Alan J. Davis,*
Assistant District Attorney, and *Arlen Specter,* Dis-
trict Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Brothers, Appellant.

Argued